

**FILED**

**MAY 3 1 2016**

**Clerk, U.S. District and Bankruptcy Courts**

Aakash Dalal
160 South River Street
Hackensack, NJ 07601
Plaintiff, *pro se*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case: 1:16-cv-01040   Jury Demand<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 5/31/2016<br>Description: FOIA/Privacy Act (I Deck)<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**To:**

United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

United States Department of Homeland Security
Washington, D.C. 20528

Plaintiff Aakash Dalal states as follows:

### JURISDICTION & VENUE

1. The United States District Court for the District of Columbia has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as it arises under The Freedom of Information Act, 5 U.S.C. § 552, and The Privacy Act, 5 U.S.C. § 552a.

2. The United States District Court for the District of Columbia is the proper venue for this civil action pursuant to 5 U.S.C. § 552(a)(4)(B) and 5 U.S.C. § 552a(g)(5).



RECEIVED
Mail Room
MAY 3 1 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## PARTIES

3. Plaintiff Aakash Dalal (hereafter "Plaintiff") is a citizen of the United States and a resident of New Jersey.

4. Defendant United States Department of Justice (hereafter "Defendant DOJ") is an agency of the United States. The Federal Bureau of Investigation (hereafter "FBI") and the Executive Office for United States Attorneys (hereafter "EOUSA") are components of Defendant DOJ and have possession, control, and custody of the records Plaintiff seeks.

5. Defendant United States Department of Homeland Security (hereafter "Defendant DHS") is an agency of the United States. The Federal Emergency Management Agency (hereafter "FEMA") is a component of Defendant DHS and has possession, control, and custody of the records Plaintiff seeks.

## STATEMENT OF FACTS

### FIRST RECORDS REQUEST TO THE FBI

6. On November 9, 2015, Plaintiff filed a request for records with the FBI for records including documents contained in two specific FBI files and other records, pursuant to The Freedom of Information Act and The Privacy Act. A true copy of Plaintiff's November 9, 2015 dated request is appended as Exhibit "1".

7. The FBI designated Plaintiff's request as FOIPA Request No.: 1340127-000 and FOIPA Request No.: 1340130-000 and denied Plaintiff request in its entirety in two December 11, 2015 dated letters. True copies of the FBI's December 11, 2015 dated letters are appended as Exhibit "2" and Exhibit "3".

8. On December 19, 2015, Plaintiff submitted an administrative appeal of the FBI's denial of Plaintiff's request to the Office of Information Policy (hereafter "OIP"). A true copy of Plaintiff's December 19, 2015 dated appeal is appended as Exhibit "4".

9. The OIP designated Plaintiff's appeal as AP-2016-01215 and AP-2016-01216 and in two January 27, 2016 dated letters affirmed the FBI's denial of Plaintiff's request. True copies of the OIP's January 27, 2016 dated letters are appended as Exhibit "5" and Exhibit "6".

## SECOND RECORDS REQUEST TO THE FBI

10. On January 15, 2016, pursuant to The Freedom of Information Act, Plaintiff submitted a request for records to the FBI for records including the personnel file of Newark, New Jersey FBI Special Agent Corey S. Coleman, records regarding Special Agent Corey S. Coleman's misconduct with regard his use of FBI informant Wendell Stewart, and other documents reflecting corruption with the FBI's Newark, New Jersey Field Office. A true copy of Plaintiff's January 15, 2016 dated request is appended as Exhibit "7".

11. The FBI designated Plaintiff's request as FOIPA Request No.: 1343876-000 and FOIPA Request No.: 1343884-000 and denied the request in its entirety in two February 11, 2016 dated letters. True copies of the FBI's February 11, 2016 dated letters are appended as Exhibit "8" and Exhibit "9".

12. On February 23, 2016, Plaintiff submitted an administrative appeal of the FBI's denial of Plaintiff's January 15, 2016 request to the OIP. A true copy of Plaintiff's February 23, 2016 dated appeal is appended as Exhibit "10".

13. The OIP designated Plaintiff's appeal as AP-2016-2050 and AP-2016-2051 and affirmed the FBI's denial of Plaintiff's request in an April 28, 2016 dated letter. A true copy of the OIP's April 28, 2016 dated letter is appended as Exhibit "11".

## THIRD RECORDS REQUEST TO THE FBI

14. On March 29, 2016, pursuant to The Freedom of Information Act and The Privacy Act, Plaintiff submitted a request for records to the FBI for all records and information maintained by the FBI regarding or referencing Plaintiff. Plaintiff additionally attached a Certification of Identity form to the request. A true copy of Plaintiff's March 29, 2016 dated request is appended as Exhibit "12".

15. The FBI designated Plaintiff's request as FOIPA Request No.: 1348027-000 and denied the request in its entirety in an April 21, 2016 dated letter. A true copy of the FBI's April 21, 2016 dated letter is appended as Exhibit "13".

16. On May 2, 2016, Plaintiff submitted an administrative appeal of the FBI's denial of Plaintiff's request to the OIP. A true copy of Plaintiff's May 2, 2016 dated appeal is appended as Exhibit "14".

## FIRST RECORDS REQUEST TO THE EOUSA

17. On March 29, 2016, pursuant to The Freedom of Information Act and The Privacy Act, Plaintiff submitted a request for records to the EOUSA for all records and information maintained by the EOUSA regarding or referencing Plaintiff. Plaintiff additionally attached a Certification of Identity form to the request. A true copy of Plaintiff's March 29, 2016 dated request is appended as Exhibit "15".

18. On May 16, 2016, after having received no response from the EOUSA, Plaintiff called the EOUSA's Freedom of Information Act staff who advised Plaintiff that the request had been received and that an attorney and paralegal would review it.

19. To date, Plaintiff has received no response from the EOUSA.

## FIRST RECORDS REQUEST TO FEMA

20. On June 2, 2014, pursuant to The Freedom of Information Act, Plaintiff submitted a request for records to FEMA requesting records related to a grant disbursed by FEMA through its Non-Profit Security Grant Program to a religious organization. A true copy of Plaintiff's June 2, 2014 dated request is appended as Exhibit "16".

21. FEMA designated Plaintiff's request as FEMA-2014-FEFO-00773 in a June 23, 2014 dated letter. A true copy of FEMA's June 23, 2014 dated letter is appended as Exhibit "17".

22. To date, FEMA has failed to process Plaintiff's request and failed to disclose records responsive to Plaintiff's request.

## SECOND RECORDS REQUEST TO FEMA

23. On August 18, 2014, pursuant to The Freedom of Information Act, Plaintiff submitted a request for records to FEMA requesting records related to several grants disbursed by FEMA through its Non-Profit Security Grant Program to religious organizations. A true copy of Plaintiff's August 18, 2014 dated request is appended as Exhibit "18".

24. FEMA designated Plaintiff's request as FEMA-2014-FEFO-00925 in a September 3, 2014 dated letter. A true copy of FEMA's September 3, 2014 dated letter is appended as Exhibit "19".

25. To date, FEMA has failed to process Plaintiff's request and failed to disclose records responsive to Plaintiff's request.

### THIRD RECORDS REQUEST TO FEMA

26. On March 1, 2016, pursuant to The Freedom of Information Act, Plaintiff submitted a request for records to FEMA requesting all records related to all grants disbursed by FEMA's Non-Profit Security Grant Program to New Jersey organizations and individuals between January 1, 2012 and March 1, 2016. A true copy of Plaintiff's March 1, 2016 dated request is appended as Exhibit "20".

27. To date, FEMA has failed to process Plaintiff's request and failed to disclose records responsive to Plaintiff's request.

### STATEMENT OF CLAIMS

#### COUNT I: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(FIRST RECORDS REQUEST TO THE FBI)

28. All paragraphs above are incorporated by reference as if they were set forth fully herein.

29. Defendant DOJ and its component the FBI, during and between November 9, 2015 and January 27, 2016, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by

unlawfully withholding records responsive to Plaintiff's November 9, 2015 records request.

### COUNT II: VIOLATION OF THE PRIVACY ACT
(FIRST RECORDS REQUEST TO THE FBI)

30. All paragraphs above are incorporated by reference as if they were set forth fully herein.

31. Defendant DOJ and its component the FBI, during and between November 9, 2015 and January 27, 2016, violated The Privacy Act, 5 U.S.C. § 552a(d), by unlawfully withholding records responsive to Plaintiff's November 9, 2015 records request.

### COUNT III: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(SECOND RECORDS REQUEST TO THE FBI)

32. All paragraphs above are incorporated by reference as if they were set forth fully herein.

33. Defendant DOJ and its component, during and between January 15, 2016 and April 28, 2016, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's January 15, 2016 records request.

### COUNT IV: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(THIRD RECORDS REQUEST TO THE FBI)

34. All paragraphs above are incorporated by reference as if they were set forth fully herein.

35. Defendant DOJ and its component the FBI, during and between March 29, 2016 and May 2, 2016, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's March 29, 2016 records request.

### COUNT V: VIOLATION OF THE PRIVACY ACT
(THIRD RECORDS REQUEST TO THE FBI)

36. All paragraphs above are incorporated by reference as if they were set forth fully herein.

37. Defendant DOJ and its component the FBI, during and between March 29, 2016 and May 2, 2016, violated The Privacy Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's March 29, 2016 records request.

### COUNT VI: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(FIRST RECORDS REQUEST TO THE EOUSA)

38. All paragraphs above are incorporated by reference as if they were set forth fully herein.

39. Defendant DOJ and its component the EOUSA, during and between March 29, 2016 and May 2, 2016, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's March 29, 2016 records request and by failing to respond to the request within the 20 day timeframe set forth in 5 U.S.C. § 552(a)(6)(A)(i).

### COUNT VII: VIOLATION OF THE PRIVACY ACT
(FIRST RECORDS REQUEST TO THE EOUSA)

40. All paragraphs above are incorporated by reference as if they were set forth fully herein.

41. Defendant DOJ and its component the EOUSA, during and between March 29, 2016 and May 2, 2016, violated The Privacy Act, 5 U.S.C. § 552a(d), by unlawfully withholding records responsive to Plaintiff's March 29, 2016 records request and by failing to promptly respond to the request pursuant to 5 U.S.C. § 552a(d)(1).

### COUNT VIII: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(FIRST RECORDS REQUEST TO FEMA)

42. All paragraphs above are incorporated by reference as if they were set forth fully herein.

43. Defendant DHS and its component FEMA, during and between June 2, 2014 and present, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's June 2, 2014 records request and by failing to disclose responsive records as set forth in 5 U.S.C. § 552(a)(6)(C)(i).

## COUNT IX: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(SECOND RECORDS REQUEST TO FEMA)

44. All paragraphs above are incorporated by reference as if they were set forth fully herein.

45. Defendant DHS and its component FEMA, during and between August 18, 2014 and present, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's August 18, 2014 records request and by failing to promptly disclose responsive records as set forth in 5 U.S.C. § 552(a)(6)(C)(i).

## COUNT X: VIOLATION OF THE FREEDOM OF INFORMATION ACT
(THIRD RECORDS REQUEST TO FEMA)

46. All paragraphs above are incorporated by reference as if they were set forth fully herein.

47. Defendant DHS and its component FEMA, during and between March 1, 2016 and present, violated The Freedom of Information Act, 5 U.S.C. § 552(a)(3), by unlawfully withholding records responsive to Plaintiff's March 1, 2016 records request and by failing to respond to the request within the 20 day timeframe set forth in 5 U.S.C. § 552(a)(6)(A)(i).

## REQUEST FOR RELIEF

On the basis of the aforementioned violations of The Freedom of Information Act and the Privacy Act by Defendant DOJ and Defendant DHS, Plaintiff requests the following relief:

1. An Order declaring that Defendant DOJ and Defendant DHS violated The Freedom of Information Act and The Privacy Act and enjoining Defendant DOJ and Defendant DHS from withholding agency records and compelling the production of agency records improperly withheld from Plaintiff pursuant to 5 U.S.C. § 552(a)(4)(B) and 5 U.S.C. § 552a(g)(3)(A).

2. Reasonable attorney fees and other litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i) and 5 U.S.C. § 552a(g)(3)(B).

3. Any other relief the Court deems just and proper.

Signed on this 23rd day of May, 2016,

Aakash Dalal
160 South River Street
Hackensack, NJ 07601
Plaintiff, *pro se*