UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AAKASH DALAL,

            Plaintiff,

      v.                                           Civil Action No. 16-1040 (TJK)

DEPARTMETN OF JUSTICE, et al.,

            Defendants.

## FEDERAL BUREAU OF INVESTIGAION'S
## RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant, the United States Department of Justice, and specifically its component, the

Federal Bureau of Investigation (the "Bureau"), hereby files a renewed motion for summary

judgment on Plaintiff Aakash Dalal's claims under the Freedom of Information Act ("FOIA").[1] In

a Memorandum Opinion and Order dated November 21, 2022, the Court granted in part and denied

in part without prejudice the Bureau's initial motion for summary judgment and concluded that

the Bureau needed to provide more information to support (1) its claim that a search for certain

confidential informant files would be unduly burdensome; (2) its application of Exemption 5

withholdings to deliberative process material; and (3) its application of Exemption 7(A)

withholdings to investigative files regarding Plaintiff. The accompanying memorandum in support

of the Bureau's Renewed Summary Judgment Motion, supplemental statement of undisputed

material facts, and declaration from Shannon Hammer provide all remaining support necessary to

---

[1]      Plaintiff has filed suit against one other component of the Department of Justice, the
Executive Office of the United States Attorneys ("EOUSA"), which moved jointly with the
Federal Emergency Management Agency ("FEMA") to renew summary judgment on June 9,
2023. *See* ECF No. 76..

warrant summary judgment in the Bureau's favor on these remaining claims, and in light of the entire record.

Dated: February 23, 2024                    Respectfully submitted,

                                            MATTHEW M. GRAVES,
                                            D.C. Bar No. 481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                          By:    */s/ Anna D. Walker*
                                            ANNA D. WALKER
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            Phone:  (202) 252-2544
                                            anna.walker@usdoj.gov

                                            *Counsel for the United States of America*