UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 16-1040 (TJK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Renewed Motion for Summary Judgment on behalf of Defendant U.S. Department of Justice, and more specifically its component the Federal Bureau of Investigation, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that summary judgment is entered in favor of the Federal Bureau of Investigation.

_____
TIMOTHY J. KELLY
United States District Judge