UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-1040 (TJK) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 23, 2024, the foregoing was caused to be served on Plaintiff via first class mail to:

AAKASH DALAL
SBI# 792652E
215 Burlington Road
South Bridgeton, NJ 08302

By: */s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney