Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No.: 16-cv-1040 (TJK)<br><br>THIRD SUPPLEMENTAL DECLARATION OF PLAINTIFF AAKASH DALAL IN SUPPORT OF HIS CROSS-MOTION FOR SUMMARY JUDGMENT |

Plaintiff Aakash Dalal states as follows:

1. I am the Plaintiff in the above captioned matter and have full knowledge of the facts herein.

2. I incorporate by reference my three previous declarations in support of my previous cross-motion for summary judgment. See ECF #16, #35, and #77.

3. A true copy of an August 31, 2023 South Woods State Prison Mailroom Memo regarding a CD-ROM sent by the Federal Emergency Management Agency is appended as Exhibit "1."

4. A true copy of a September 7, 2023 Freedom of Information Act request I sent to FEMA is appended as Exhibit "2".

5. A true copy of FEMA's October 3, 2023 dated acknowledgement letter is appended as Exhibit "3".

6. A true copy of FEMA's December 20, 2023 dated "Final Response" is appended as Exhibit "4".

7. I never received any responses to my September 7, 2023 FOIA request either in response to this civil action or otherwise.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Aakash Dalal,
Plaintiff, *pro se*

Dated: March 7, 2024