# EXHIBIT "1"

# MAILROOM MEMO

SWSP 18-11A

SOUTH WOODS STATE PRISON • 215 BURLINGTON ROAD SOUTH • BRIDGETON, NJ 08302-0379

TJR

589

Date: 8/31/23

Second Notice Date: _____

**FROM :** The Desk of the Mailroom Sergeant.

To: Dalal #1127398

**You Received :**

Hard Plastic Card _____

Laminated Item _____

Stickers _____

Paperwork with Raised Seal _____

Book/Magazine Not Pre-Approved or Not from Source of Sale _____

Birth Certificate _____

Phone Card _____

Social Security Card _____

Blank Paper _____ Envelopes _____

Sexually Explicit Magazines or Photos _____

Blank Greeting Cards _____

OTHER : ~~DVD~~ CD  Not Authorized or Allowed

You need to supply a completed business remit and outgoing package slip stating how you want the above items disposed of.

Mailed From :
( Return Address)   U.S. Department of Homeland Security, 500 C. Street SW Washington, DC 20472-3752

Distribution :     Original - Mailroom     Canary - 2nd Notice     Pink - File     Goldenrod - Inmate

# EXHIBIT "2"

Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

September 7, 2023

**VIA U.S. MAIL**
Federal Emergency Management Agency
500 C Street, S.W.
Washington, D.C. 20472

    **RE:  Freedom of Information Act Request**

Pursuant to 5 U.S.C. § 552, the Freedom of Information Act, the undersigned requests copies of the following records which are in the possession and control of the Federal Emergency Management Agency ("FEMA"):

1. Records regarding FEMA's 2020, 2021, and 2022 distribution of Nonprofit Security Grant Program funds to nonprofit organizations in all states including limited to:

    a. 2020, 2021, and 2022 Notice of Funding Opportunity for the Nonprofit Security Grant Program;

    b. All 2020, 2021, and 2022 Nonprofit Security Grant Program Award Letters; and

    c. All 2020, 2021, and 2022 Agreement Articles

2. All New Jersey based or related Investment Justifications and/or applications for Nonprofit Security Grant Program funds for the years 2020, 2021, and 2022.

All responsive records should be sent to the following address in a digital format:

Aakash Dalal
16 Trudy Drive
Lodi, NJ 07644

Any correspondence, including requests for clarification, should be sent to my return address on the right hand corner of this request.

In accordance with the timeframe set forth in 5 U.S.C. § 552(a)(6)(A)(i), FEMA should provide a determination concerning this request within 20 days. Furthermore, pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), the undersigned requests a waiver of all fees associated with this request as disclosure of the information and

1

records requests would contribute significantly to the public understanding of FEMA's operations and activities. The records at issue concern FEMA's distribution of public funds to private nonprofit organizations.

Submitted by:

/s/ Aakash Dalal

Aakash Dalal

# EXHIBIT "3"



U.S. Department of Homeland Security
500 C Street, S.W. Mail Stop 3172
Washington, DC 20472-3172

October 3, 2023

Mr. Aakash Dalal
16 Trudy Drive
Lodi, New Jersey 07644

Re: **FEMA FOIA Case Number 2023-FEFO-01125**

Dear Mr. Aakash Dalal:

This letter acknowledges your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated September 7, 2023, and received in the FOIA office on September 12, 2023. Your request has been assigned the following tracking number: **2023-FEFO-01125**. You are seeking:

1. Records regarding FEMA's 2020, 2021, and 2022 distribution of Nonprofit Security Grant Program funds to nonprofit organizations in all states including:

    a. 2020, 2021, and 2022 Notice of Funding Opportunity for the Nonprofit Security Grant Program; and
    b. All 2020, 2021, and 2022 Nonprofit Security Grant Program Award Letters; and
    c. All 2020, 2021, and 2022 Agreement Articles.
    All New Jersey based or related Investment Justifications and/or applications for Nonprofit Security Grant Program funds for the years 2020, 2021, and 2022.

2. All New Jersey based or related Investment Justifications and/or applications for Nonprofit Security Grant Program funds for the years 2020, 2021, and 2022.

We have queried the appropriate offices within FEMA for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. We will contact you again once our review is completed and/or the search is completed. Interim responses will be provided as appropriate. We appreciate your patience as we proceed with your request.

If you have any questions or would like to discuss this matter, please contact FEMA's Public Liaison at FEMA-FOIA@fema.dhs.gov or (202) 646-3323. Please reference your FOIA tracking number in all correspondence.

Thank you for your interest in FEMA.

# EXHIBIT "4"

U.S. Department of Homeland Security
500 C Street, S.W. Mail Stop 3172
Washington, DC 20472-3172

 FEMA

December 20, 2023

**SENT VIA US POSTAL MAIL**

Aakash Dalal
SBI#: 792652E
215 Burlington Road South
Bridgeton, NJ 08302

Re: **FEMA 2023-FEFO-01125 Final Response**

Dear Mr. Aakash Dalal:

This is the final response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated and received on September 19, 2023. You are seeking records regarding FEMA's 2020, 2021, and 2022 distribution of Nonprofit Security Grant Program funds to nonprofit organizations in all states including:

1. 2020, 2021, and 2022 Notice of Funding Opportunity for the Nonprofit Security Grant Program;
    a. All 2020, 2021, and 2022 Nonprofit Security Grant Program Award Letters; and
    b. All 2020, 2021, and 2022 Agreement Articles.

2. All New Jersey based or related Investment Justifications and/or applications for Nonprofit Security Grant Program funds for the years 2020, 2021, and 2022.

Records responsive to this request have been provided in response to Civil Action No. 16-1040.

As part of the 2007 amendments, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770/Toll-free: 1-877-684-6448
Facsimile: 202-741-5769

Page 2

Aakash Dalal
2023-FEFO-01125

You have the right to appeal if you disagree with FEMA's response. The procedure for administrative appeals is outlined in the DHS regulations at 6 C.F.R. §5.8. In the event you wish to submit an appeal, we encourage you to both state the reason(s) you believe FEMA's initial determination on your FOIA request was erroneous in your correspondence and include a copy of this letter with your appeal. Should you wish to do so, you must send your appeal within 90 working days from the date of this letter to fema-foia@fema.dhs.gov, or alternatively, via mail at the following address:

FEMA
Office of the Chief Administrative Officer
Information Management Division (FOIA Appeals)
500 C Street, SW, Seventh Floor, Mail Stop 3172
Washington, D.C. 20472-3172

There is no charge for this FOIA request. As this concludes the processing of your request, it will be closed.

If you need any further assistance or would like to discuss any aspect of your request, please contact the assigned FOIA Specialist at jennifer.chavez@fema.dhs.gov and refer to FOIA case number 2023-FEFO-01125. You may also contact someone at fema-foia@fema.dhs.gov, or (202) 646-3323, and you may contact our FOIA Public Liaison in the same manner. For a faster response, please email the assigned FOIA Specialist directly.

Sincerely,

Myra Campbell
Lead Government Information Specialist
Disclosure Branch
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security

---

**CERTIFIED MAIL**

U.S. Department of Homeland Security
500 C Street, SW  3172
Washington, DC 20472





7018 2290 0000 9334 2424

Aakash Dalal
16 Trudy Drive
Lodi New Jersey 07644