Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>               Plaintiff,<br><br>Vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>               Defendants. | Civil Action No.: 16-cv-1040 (TJK)<br><br><br><br><br><br>**SECOND SUPPLEMENTAL DECLARATION OF PLAINTIFF AAKASH DALAL IN SUPPORT OF HIS CROSS-MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Aakash Dalal states as follows:

1. I am the Plaintiff in the above captioned matter and have full knowledge of the facts herein.

2. I incorporate by reference my two previous declarations in support of my previous cross-motion for summary judgment.

3. A true copy of the November 14, 2023 Letter Order of the Hon. Leda Dunn Wettre, U.S.M.J. in Dalal v. Molinelli, Civ. No.: 20-cv-01434 (D.N.J.) is appended as Exhibit "1".

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                                                                                     Aakash Dalal,
                                                                                                     Plaintiff, *pro se*

Dated: March 13, 2024

Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*



March 13, 2024

**VIA U.S. MAIL**
Clerk of the Court
U.S. District Court
333 Constitution Avenue
Washington, D.C. 20001

> **RE: Filing of Cross-Motion for Summary Judgment & Opposition to Defendants' Motion for Summary Judgment**
> **Aakash Dalal v. United States Department of Justice**
> **Civil Action No.: 16-1040 (TJK)**

Dear Deputy Clerk:

Please find enclosed for filing in the above referenced matter Plaintiff's Cross-Motion for Summary Judgment & Opposition to Defendants' Motion for Summary Judgment and accompanying documents.

I hereby certify that a copy of these documents has been submitted to counsel for the Defendants', Assistant United States Attorney Anna D. Walker.

Thank you for your attention to this matter.

Sincerely:

Aakash Dalal

Enc.