UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>   *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendant*. | Civil Action No. 16-1040 (TJK) |

### **DEFENDANT'S MOTION TO EXTEND TIME AND MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, the United States Department of Justice, and specifically its component the Federal Bureau of Investigation ("the FBI"), by and through undersigned counsel, respectfully moves for an approximately forty-five-day extension of time, up to and including June 6, 2024, to file the FBI's reply in support of its motion for summary judgment and response to Plaintiff's cross-motion for summary judgment and to modify the remaining briefing schedule governing Plaintiff's reply in support of Plaintiff's cross summary judgment motion. The current briefing deadlines are as follows:

  FBI's reply and response to Plaintiff's cross-motion due April 22, 2024; and

  Plaintiff's reply due May 22, 2024.

Should this motion be granted, the new briefing schedule would be as follows:

  FBI's reply and response to Plaintiff's cross-motion due June 6, 2024; and

  Plaintiff's reply due July 8, 2024.

The meet and confer requirements of Local Civil Rule 7(m) do not apply here because *pro se* Plaintiff Aakash Dalal is an incarcerated party. *See* LCvR 7(m). Nonetheless, good cause exists to grant this motion.

This case arises from separate records requests that pro se Plaintiff Aakash Dalal submitted to three different federal agencies, including the FBI, seeking records related to his investigation and eventual prosecution. *See* Am. Compl., ECF No. 6. After the parties filed cross-motions for summary judgment, the Court granted in part and denied in part without prejudice the FBI's summary judgment motion and denied in part and denied without prejudice in part Plaintiff's cross-motion for summary judgment against the FBI. *See* ECF No. 32; ECF No. 46; Mem. Op. and Order, ECF No. 64. Specifically, the Court found that the FBI had largely met its burden to establish compliance under FOIA, but that further information was needed to determine whether the FBI's search for responsive records was adequate and that the FBI needed to provide further explanation to support any application of Exemption 5 to materials protected by the deliberative process privilege and Exemption 7(A) to law enforcement material, the disclosure of which could reasonably be expected to interfere with enforcement proceedings. The Court also reserved judgment as to whether records protected by both of those exemptions were reasonably segregated from non-exempt information. *See id.*

On February 23, 2024, the FBI filed its renewed motion for summary judgment, *see* ECF No. 89, to which Plaintiff responded and filed a cross-motion for summary judgment on March 25, 2024, *see* ECF No. 92, ECF No. 93. The FBI's combined reply and response is now due April 22, 2024. *See* Feb. 2, 2024 Min. Order. The FBI now respectfully seeks to extend time for good cause in light of undersigned counsel's unexpected illness and heavy litigation schedule.

In the last two weeks, undersigned counsel returned early from prescheduled leave due in part to illness, which, combined with undersigned counsel's heavy litigation schedule, has affected her ability to complete work on this matter. In the last week, while undersigned counsel has been recovering from being sick, undersigned counsel has been responsible for finalizing a responsive brief due today, the deadline of which could not be extended, along with preparing and filing seven joint status reports, an answer, discovery responses, and preparing witness for depositions. Additional time to complete the FBI's combined brief in this case is also requested due to the fact that in the next three weeks, undersigned counsel will be preparing to take and defend six depositions, and is currently responsible for six other dispositive motions, some of which have been previously extended. Undersigned counsel, therefore, is seeking an extension that would allow her sufficient time to finalize a reply brief in this matter in sequence with her other pending case deadlines.

This is the FBI's first request for an extension of its deadline to file its combined reply and response brief and the FBI is not seeking this extension to cause delay, but to ensure that it and its undersigned counsel have enough time to finalize its brief with sufficient time for internal review by the Department of Justice. Granting this extension will not substantially prejudice any party in this action and will not substantially affect the Court's time to resolve this case on the merits. Because this extension would affect the remaining briefing deadlines for cross-summary judgment motions, the FBI asks that the Court also modify those other briefing deadlines according to the dates proposed above.

*   *   *

WHEREFORE, for the foregoing reasons, the FBI respectfully request that the Court grant this motion. A proposed Order consistent with this request is attached as follows.

Dated: April 18, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar. #481052
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　BRIAN P. HUDAK,
　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　By:　　*/s/ Anna D. Walker*
　　　　　　　　　　　　　　　　　ANNA D. WALKER
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　United States Attorney's Office, Civil Division
　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　Phone:  (202) 252-2544

　　　　　　　　　　　　　　　　　*Counsel for Defendant*