UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AAKASH DALAL,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

*Defendant*.

Civil Action No. 16-1040 (TJK)

## [PROPOSED] ORDER

Upon consideration of the motion to extend time and modify briefing schedule filed by Defendant, the United States Department of Justice, and specifically its component, the Federal Bureau of Investigation (the "FBI"), the entire record in this case, and for good cause shown, it is hereby

ORDERED that the FBI's motion to extend time and modify briefing schedule is GRANTED; it is further

ORDERED that the FBI shall file any reply and response to Plaintiff's cross-motion by June 6, 2024; and Plaintiff shall reply in support of any cross-motion by July 8, 2024.


Dated: _____

_____
TIMOTHY J. KELLY
United States District Judge