## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 18, 2024, the foregoing was caused to be served on Plaintiff via first class mail to:

AAKASH DALAL
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

                                                By: /s/ Anna D. Walker
                                                ANNA D. WALKER
                                                Assistant United States Attorney