UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AAKASH DALAL,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

*Defendant*.

Civil Action No. 16-1040 (TJK)

## MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
## MOTION FOR LEAVE TO FILE SUPPEMENTAL BRIEF

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, the United States Department of Homeland Security, and specifically its component the Federal Emergency Management Agency ("FEMA"), by and through undersigned counsel, respectfully moves for a one-week extension of time, up to and including May 3, 2024, to respond to Plaintiff's motion for leave to file a supplemental brief in further support of Plaintiff's cross-motion for summary judgment against FEMA. *See* ECF No. 91. The current deadline to file this response is April 26, 2024. *See* Mar. 27, 2024 Min. Order. The meet and confer requirements of Local Civil Rule 7(m) do not apply here because *pro se* Plaintiff Aakash Dalal is an incarcerated party. *See* LCvR 7(m). For the following reasons, good cause exists to grant this motion.

In this Freedom of Information Act ("FOIA") case, Plaintiff seeks to compel the release of FEMA records that are responsive to his four requests for records related to deferral security grants to various synagogues, churches, and other organizations and entities. *See* Am. Compl., ECF No. 6. On November 21, 2022, the Court granted in part and denied in part without prejudice FEMA's summary judgment motion and denied in part and denied without prejudice in part Plaintiff's

cross-motion for summary judgment against FEMA ("November 2022 Order"). *See* Mem. Op. and Order, ECF No. 64. On June 9, 2023, FEMA filed a renewed its summary judgment motion addressing the concerns raised in the Court's previous November 2022 Order regarding the sufficiency of FEMA's Exemption 7(E) withholdings and Plaintiff's policy and practice claim. *See* ECF No. 76. Plaintiff responded and crossed-moved for renewed summary judgment on June 22, 2023. *See* ECF No. 77; ECF No. 78. The parties completed all briefing in support of these renewed cross summary judgment motions on September 11, 2023. *See* ECF No. 84; ECF No. 85; ECF No. 86. Six months later, Plaintiff moved for leave to file a supplemental brief, which includes new "facts" that Plaintiff claims supports his policy and practice claim, which were not available at the time Plaintiff filed his renewed dispositive motion papers. *See* ECF No. 91.

Undersigned counsel has been working closely with Agency Counsel to gather information to prepare supporting papers and a brief in response to Plaintiff's motion. In addition to the fact that Plaintiff fails to point to any arguments contained in FEMA's response brief to which he had no opportunity to respond, FEMA believes that the additional "facts" to which Plaintiff refers in his supplemental brief will not aid the Court in resolving the claims in this case because they are not material. For example, Plaintiff does not appear to have even tried to exhaust his administrative remedies related to FEMA's subsequent FOIA response at issue in Plaintiff's supplemental brief. Undersigned counsel now needs additional time to finalize a comprehensive response brief in light of the information gathered from FEMA. Defendant, therefore, respectfully seeks a further extension of time until May 3, 2024, to respond to Plaintiff's motion. Additional time is also requested because members of undersigned counsel's family, including undersigned counsel, have been sick for the past couple of weeks, which has affected the time that undersigned counsel has been able to spend to complete work on this matter and in many other matters. Additionally,

undersigned counsel has approximately six depositions scheduled for this week and the following weeks which cannot be easily moved due to pending discovery deadlines within the next three weeks. Thus, this extension seeks sufficient time for undersigned counsel to finalize and file Defendant's response to Plaintiff's motion with information received from Agency Counsel.

This is FEMA's second request for an extension of its deadline to file its opposition to Plaintiff's motion for leave to file a supplemental brief and FEMA is not seeking this extension to cause delay. Rather granting the extension would serve the interest of justice by ensuring that undersigned counsel has sufficient time to complete a thoughtful and comprehensive response to Plaintiff's motion and the purportedly new allegations contained in Plaintiff's supplemental brief, with sufficient time for internal review by FEMA and the Department of Justice. Providing such response will, in turn assist the Court and the parties with resolving the claims in this case on the merits.

*     *     *

WHEREFORE, for the foregoing reasons, the FEMA respectfully request that the Court extend time to file FEMA's response to Plaintiff's motion for leave to file a supplemental brief.  A proposed Order consistent with this request is attached as follows.

Dated: April 23, 2024                Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar. #481052
                                                United States Attorney

                                                BRIAN P. HUDAK,
                                                Chief, Civil Division

                                By:    */s/ Anna D. Walker*
                                                ANNA D. WALKER
                                                Assistant United States Attorney
                                                United States Attorney's Office, Civil Division
                                                601 D Street, NW
                                                Washington, DC 20530
                                                Phone:  (202) 252-2544

                                                *Counsel for Defendant*