UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendant*. | Civil Action No. 16-1040 (TJK) |

### **[PROPOSED] ORDER**

Upon consideration of the motion to extend time filed by Defendant the United States Department of Homeland Security, and specifically its component, the Federal Emergency Management Agency ("FEMA"), the entire record in this case, and for good cause shown, it is hereby

ORDERED that FEMA's motion to extend time to respond to Plaintiff's motion for leave to file a supplemental brief, ECF No. 91, is GRANTED; it is further

ORDERED that FEMA shall file its response to Plaintiff's motion by May 3, 2024.

Dated: _____                         _____
                                                                        TIMOTHY J. KELLY
                                                                        United States District Judge