## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 23, 2024, the foregoing was caused to be served on Plaintiff via first class mail to:

AAKASH DALAL
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

> By: /s/ Anna D. Walker
> ANNA D. WALKER
> Assistant United States Attorney