UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL | ' |
| | ' |
|    Plaintiff, | ' |
| | ' |
| v. | '   CIVIL ACTION NO. 16-1040 (TJK) |
| | ' |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ' |
| | ' |
|    Defendants. | ' |

**DECLARATION OF TAMMI HINES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF, AND MOTION, IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF**

I, Tammi Hines, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Senior Director for the Information Management Division in the Office of the Chief of the Administrative Officer. In this capacity, I am responsible for administering FEMA's statutory information management programs to include the Federal Records Act, Paperwork Reduction Act, and Freedom of Information Act. I have held this position since November 22, 2020.

2. In addition to my official role as a Senior Director, I am the acting Chief of the Disclosure Branch as this position is currently vacant. Presently, I oversee the work of 14 federal employees and contractors. The Disclosure Branch staff is divided into teams to include Intake, Processing, Litigation and Appeals. The Litigation Team is limited to one Government Information Specialist, and one recently hired contractor who also handles the litigation processing for the Disclosure Branch. The statements contained in this declaration are based upon my personal

knowledge, upon information provided to me in my official capacity, and upon conclusions I reached based on that knowledge or information.

## Status of Mr. Dalal's FOIA Requests

3. On September 12, 2023, FEMA's Disclosure Branch received FOIA request 2023-FEFO-01125, dated September 7, 2023. This request is identical to request 2023-FEFO-00299 dated December 22, 2022. By letter dated March 22, 2023, 2023-FEFO-00299 was administratively closed for failure to provide the clarification needed to process the request. *See also* Declaration of Gregory Bridges, ECF No. 85-2, ¶ 9.

4. By letter dated December 20, 2023, FEMA inadvertently closed 2023-FEFO-01125, stating that "records responsive to this request have been provided in response to Civil Action No. 16-1040)." *See* ECF No. 91-2, at 9. This inadvertent closure was due to a miscommunication within the Disclosure Branch regarding requests pertaining to 2023-FEFO-01125 and 16-cv-1040-TJK (D.D.C.).

5. The December 20, 2023, letter also stated, "You have a right to appeal if you disagree with FEMA's response," and provided information on to how to appeal this response. *Id.* Departmental regulations at 6 C.F.R. § 5.8(a)(1) require that administrative appeals be in writing and to be considered timely must be postmarked or, in the case of electronic submissions, transmitted to the Appeals Officer within 90 working days after the date of the component's response.

6. For 2023-FEFO-00299, the cutoff date for a timely administrative appeal was August 1, 2023. FEMA did not receive an administrative appeal by that date, nor has it received one as of the date of this declaration.

7. For 2023-FEFO-01125, the cutoff date for a timely administrative appeal was May 1, 2024. As of the date of this declaration, FEMA has not received an administrative appeal of the agency's final decision.

8. Although a timely administrative appeal has not yet been filed, because the error has been brought to FEMA's attention through this litigation, FEMA proactively addressed this error by letter dated April 17, 2024. In that communication, FEMA rescinded its final response dated December 20, 2023, and sought clarification of the request from Mr. Dalal similar to the request sought in 2023-FEFO-00299. FEMA has given Mr. Dalal until June 20, 2024, to address the deficiencies in his request. If no clarification is received by that date, FEMA will administratively close 2023-FEFO-01125.

9. Had FEMA received an administrative appeal of the agency's final December 20, 2023, final decision for 2023-FEFO-01125, FEMA could have, and would have likely, identified its error in closing that request and remedied it like it has done once it became aware of its error through this litigation.

10. A search of FEMA's FOIA processing system indicates that there is one additional request from Mr. Dalal currently open (2020-FEFO-00209). A search for records responsive to said request, produced 38,037 pages. By letter dated May 1, 2024, FEMA issued its first interim response. 117 pages responsive to part A of the request were fully released. FEMA also recommended narrowing the scope of parts B, C, and D of 2020-FEFO-00209 in order to reduce the total amount of time to review and process the request. A response from the requester is due by July 24, 2024. If a response is not received by the suspense date, FEMA will continue to process the remaining 37,920 pages of records. Responses will be issued on a rolling basis.

*   *   *

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of May 2024.

TAMMI S HINES
Digitally signed by TAMMI S HINES
Date: 2024.05.03 18:03:26 -04'00'

Tammi Hines