UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAKASH DALAL,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>   Defendants. | Civil Action No. 16-1040 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for leave to file a supplemental brief, and FEMA's opposition thereto and alternative request to file a supplemental response, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion for leave to file a supplemental brief is DENIED.

SO ORDERED:

Dated: _____          _____
                        TIMOTHY J. KELLY
                        United States District Judge