## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 3, 2024, the foregoing was caused to be served on Plaintiff via first class mail to:

AAKASH DALAL
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

By: /s/ Anna D. Walker
ANNA D. WALKER
Assistant United States Attorney